Note: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTRATEC, INC.,**
*Appellant*

v.

**CAPTIONCALL, LLC,**
*Appellee*

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office, UNITED STATES,**
*Intervenors*

---

2016-1706, -1707, -1710, -1712

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00540, IPR2013-00541, IPR2013-00544, and IPR2013-00545.

-------------------------------------------------------------------------------

**ULTRATEC, INC.,**
*Appellant*

v.

**CAPTIONCALL, LLC,**
*Appellee*

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office, UNITED STATES,**
*Intervenors*

---

2016-1708, -1709, -1715

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00542, IPR2013-00543, and IPR2013-00550.

---

**ULTRATEC, INC.,**
*Appellant*

v.

**CAPTIONCALL, LLC,**
*Appellee*

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office, UNITED STATES,**
*Intervenors*

---

2016-1713, -2366

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00549 and IPR2014-00780.

---

**O R D E R**

ULTRATEC, INC. v. CAPTIONCALL, LLC       3

Recently docketed 2016-2366 appears to be related to 2016-1713. We consolidate the cases, and thus one set of briefs should be filed for those two appeals.

Accordingly,

IT IS ORDERED THAT:

(1) The stays of proceedings are lifted in 2016-1706, -1707, -1710, -1712; 2016-1708, -1709, -1715; and 2016-1713.

(2) 2016-1713 and 2016-2366 are consolidated. The revised official caption is reflected above.

(3) The opening briefs in the above-captioned appeals are due within 60 days of the date of this order. All remaining deadlines are to be calculated in accordance with Federal Circuit Rule 31(a).

(4) The three sets of consolidated cases shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26