NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTRATEC, INC.,**
*Appellant*

v.

**CAPTIONCALL, LLC,**
*Appellee*

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office, UNITED STATES,**
*Intervenors*

---

2016-1706, -1707, -1710, -1712

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00540, IPR2013-00541, IPR2013-00544, and IPR2013-00545.

---

**ULTRATEC, INC.,**
*Appellant*

v.

**CAPTIONCALL, LLC,**
*Appellee*

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office, UNITED STATES,**
*Intervenors*

———————

2016-1708, -1709, -1715

———————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00542, IPR2013-00543, and IPR2013-00550.

-------------------------------------------------------------------------------

**ULTRATEC, INC.,**
*Appellant*

v.

**CAPTIONCALL, LLC,**
*Appellee*

**MICHELLE K. LEE, Director, U.S. Patent and Trademark Office, UNITED STATES,**
*Intervenors*

———————

2016-1713, -2366

———————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00549 and IPR2014-00780.

———————

**ON MOTION**

———————

Before HUGHES, *Circuit Judge.*

# O R D E R

Ultratec, Inc. moves to stay the above-pending appeals pending the disposition of a petition for a writ of certiorari to the Supreme Court of the United States in *Oil States Energy Services, LLC v. Greene's Energy Group, LLC*, No. 16-712. CaptionCall, LLC opposes the motion.

These appeals stem from nine *inter partes* review proceedings before the Patent Trial and Appeal Board concerning patents owned by Ultratec. On appeal, Ultratec intends to argue that the *inter partes* review process is "an unconstitutional delegation of judicial power to an executive agency, particularly when, as here, a U.S. District Court found the claims" to be "valid through summary judgment and/or jury verdict." Ultratec argues that the same issue is raised in *Oil States* and notes that the Supreme Court recently requested the Director of the United States Patent and Trademark Office to submit a response to the *Oil States* petition.

The power of this court to stay proceedings is incidental to our inherent power to control the disposition of cases on our docket. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Here, Ultratec has not shown that a stay is warranted due to *Oil States*.

Accordingly,

IT IS ORDERED THAT:

The motion to stay is denied.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31